IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CONTINENTAL WESTERN INSURANCE COMPANY**            **PLAINTIFF**

**VS.**            **CIVIL ACTION NO.: 1:10cv35-SA-JAD**

**BOBBY PARKER, BILLY WAYNE DENHAM
AND BUILDERS & CONTRACTORS ASSOCIATION
OF MISSISSIPPI SELF INSURED FUND**            **DEFENDANTS**

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the representation of the parties that they have agreed to a dismissal with prejudice by reason of settlement. The Court being fully advised in the premises finds that this agreement of the parties should be made a consent order of this Court. Therefore, this action is hereby dismissed on its merits and with prejudice to the bringing of any further action with all parties to bear their own costs.

SO ORDERED, this the 22nd day of June, 2010.

           **/s/ Sharion Aycock**
           **UNITED STATES DISTRICT JUDGE**